UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **AKHTAR MOHAMMED**<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*[signature]*<br><br>Civil Action No.<br>CASE NUMBER: 1:05CV1002<br>JUDGE: EMMET G. SULLIVAN<br>DECK TYPE: HABEAS CORPUS/2255<br>DATE STAMP: 05/18/05 |

**PETITION FOR WRIT OF HABEAS CORPUS**

24 March 2005

PETITIONER: <u>Akhtar Mohammed</u>

My name is Akhtar Mohammed from Afghanistan. I am a poor person, I was busy doing my own business in Afghanistan. I have no animosity to anyone in the world. I am very happy that Americans are building my country. I'm innocent. For some malicious accusation I was arrested from my home. I was never the party of any fighting and I'm not going to be in the future. I want to do my job as a businessman. I strongly believe that my detention is unjustified and I'm unlawfully detained. I want justice.

Note: This is not an official translation.

ISN 845

PETITIONER: (DETAINEE'S NAME)

نه مالوم دفتر محمد دین نه درفغانستان د خپنه م :

نه ه یو غریب سړی یم په فغانستان کې په خپله غره میں کی مصروف وم
نه ه د چھی سره دښمنی نلرم، نه ه د یره خوشاله یم چه امریکا ن
افغانستان نه تبه د دغو جهازمونه وطن آباد دی، نه ه کونانست و
چه دوی ماداسې کړه، یا په جیح جنگی شهزدا پنولی کوم دکونڈ دښن
د دروغ تور ونه لم غاړه، نه ه داسی کم نره پیغنا یم، اونه ما نبدی توپ
ضد د قانون دی، نه ه عدالت غوارم

FILED
05 1002    MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signed: [signature]    Date: 03/24/05

05 1002 TCH 1

ISN 845