# EXHIBIT A

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Harry B. Harris, hereby declare:

1. I am a Rear Admiral in the United States Navy, with 28 years of active duty service. I currently serve as Commander, Joint Task Force-Guantanamo, Guantanamo Bay, Cuba (JTF-GTMO). I have served in that position since March 2006. JTF-GTMO conducts detention and interrogation operations in support of the Global War on Terrorism, coordinates and implements detainee screening operations and supports law enforcement and war crimes investigations. Our detention mission is conducted in a humane manner intended to protect the security of both detainees and JTF personnel at GTMO. In my capacity as Commander, I am responsible for all aspects of JTF-GTMO operations. The information contained in this declaration is based on my personal knowledge or information supplied to me in my official capacity.

2. After the detainee suicides of 10 June 2006, the Naval Criminal Investigative Service (NCIS) began an investigation of the circumstances of the suicides at the U.S. Naval Base at Guantanamo Bay, Cuba. The NCIS is the primary criminal investigation service of the Department of the Navy; it investigates all deaths associated in any way with the Navy. Since JTF-GTMO is a tenant activity on Naval Station Guantanamo Bay, Cuba, the established Standard Operating Procedure calls for NCIS to investigate any detainee death. NCIS is an independent entity, completely outside the chain of command of JTF-GTMO. The NCIS sent an investigatory team to JTF-GTMO on 10 June 2006. The purpose of the investigation was to determine the manner and cause of death of the three detainees.

1

3.  As Commander, JTF-GTMO, I was periodically updated on the status of the investigation to ensure force protection aspects of the case were brought to my attention. I was advised that NCIS had obtained information which suggested the suicides may have been part of a larger plan or pact for more suicides that day or in the immediate future.

4.  After being briefed on these developments in the NCIS investigation, I was convinced of the need for a broad investigation into all of the relevant facts and circumstances surrounding the three suicides on 9/10 June 2006. On 22 June 2006, I specifically requested that NCIS include within their investigation, (1) whether the suicides on 9/10 June 2006 were related to a plot by detainees to commit suicide, or were otherwise encouraged, ordered, or assisted by other detainees or third persons; and (2) whether there exists any evidence of past, ongoing or future plots for detainees to commit suicide. The basis for my request was to ensure the safe and humane care and treatment of the enemy combatants detained at Guantanamo, as well as the safety of all personnel who enter and work in the detention facilities under my responsibility. I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information, and belief, the foregoing is true, accurate, and correct.

*[signature]*
HARRY B. HARRIS, JR.
REAR ADMIRAL, U.S. NAVY