IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Hicks (Rasul) v. Bush | ) | Case No. 02-CV-0299 (CKK) |
| Al Odah v. United States | ) | Case No. 02-CV-0828 (CKK) |
| Kurnaz v. Bush | ) | Case No. 04-CV-1135 (ESH) |
| Khadr v. Bush | ) | Case No. 04-CV-1136 (JDB) |
| El-Banna v. Bush | ) | Case No. 04-CV-1144 (RWR) |
| Boumediene v. Bush | ) | Case No. 04-CV-1166 (RJL) |
| Anam v. Bush | ) | Case No. 04-CV-1194 (HHK) |
| Abdah v. Bush | ) | Case No. 04-CV-1254 (HHK) |
| Hamdan v. Bush | ) | Case No. 04-CV-1519 (JR) |
| Al-Qosi v. Bush | ) | Case No. 04-CV-1937 (PLF) |
| Paracha v. Bush | ) | Case No. 04-CV-2022 (PLF) |
| Al-Marri v. Bush | ) | Case No. 04-CV-2035 (GK) |
| Zemiri v. Bush | ) | Case No. 04-CV-2046 (CKK) |
| Deghayes v. Bush | ) | Case No. 04-CV-2215 (RMC) |
| Abdullah v. Bush | ) | Case No. 05-CV-0023 (RWR) |
| Al-Mohammed v. Bush | ) | Case No. 05-CV-0247 (HHK) |
| El-Mashad v. Bush | ) | Case No. 05-CV-0270 (JR) |
| Al-Adahi v. Bush | ) | Case No. 05-CV-0280 (GK) |
| Al-Joudi v. Bush | ) | Case No. 05-CV-0301 (GK) |
| Al-Wazan v. Bush | ) | Case No. 05-CV-0329 (PLF) |
| Al-Anazi v. Bush | ) | Case No. 05-CV-0345 (JDB) |
| Alhami v. Bush | ) | Case No. 05-CV-0359 (GK) |

| | | |
|---|---|---|
| Ameziane v. Bush | ) | Case No. 05-CV-0392 (ESH) |
| Batarfi v. Bush | ) | Case No. 05-CV-0409 (EGS) |
| Sliti v. Bush | ) | Case No. 05-CV-0429 (RJL) |
| Kabir v. Bush | ) | Case No. 05-CV-0431 (RJL) |
| Qayed v. Bush | ) | Case No. 05-CV-0454 (RMU) |
| Al-Shihry v. Bush | ) | Case No. 05-CV-0490 (PLF) |
| Aziz v. Bush | ) | Case No. 05-CV-0492 (JR) |
| Al-Oshan v. Bush | ) | Case No. 05-CV-0520 (RMU) |
| Tumani v. Bush | ) | Case No. 05-CV-0526 (RMU) |
| Al-Oshan v. Bush | ) | Case No. 05-CV-0533 (RJL) |
| Mammar v. Bush | ) | Case No. 05-CV-0573 (RJL) |
| Al-Sharekh v. Bush | ) | Case No. 05-CV-0583 (RJL) |
| Magram v. Bush | ) | Case No. 05-CV-0584 (CKK) |
| Al Daini v. Bush | ) | Case No. 05-CV-0634 (RWR) |
| Errachidi v. Bush | ) | Case No. 05-CV-0640 (EGS) |
| Adem v. Bush | ) | Case No. 05-CV-0723 (RWR) |
| Aboassy v. Bush | ) | Case No. 05-CV-0748 (RMC) |
| Imran v. Bush | ) | Case No. 05-CV-0764 (CKK) |
| Al Habashi v. Bush | ) | Case No. 05-CV-0765 (EGS) |
| Al Hamamy v. Bush | ) | Case No. 05-CV-0766 (RJL) |
| Hamoodah v. Bush | ) | Case No. 05-CV-0795 (RJL) |
| Khiali-Gul v. Bush | ) | Case No. 05-CV-0877 (JR) |
| Nasrat v. Bush | ) | Case No. 05-CV-0880 (ESH) |

| | | |
|---|---|---|
| Muhibullah v. Bush | ) | Case No. 05-CV-0884 (RMC) |
| Mohammad v. Bush | ) | Case No. 05-CV-0885 (GK) |
| Wahab v. Bush | ) | Case No. 05-CV-0886 (EGS) |
| Chaman v. Bush | ) | Case No. 05-CV-0887 (RWR) |
| Gul v. Bush | ) | Case No. 05-CV-0888 (CKK) |
| Basardh v. Bush | ) | Case No. 05-CV-0889 (ESH) |
| Sohail v. Bush | ) | Case No. 05-CV-0993 (RMU) |
| Tohirjanovich v. Bush | ) | Case No. 05-CV-0994 (JDB) |
| Sarajuddin v. Bush | ) | Case No. 05-CV-1000 (PLF) |
| Mohammed v. Bush | ) | Case No. 05-CV-1002 (EGS) |
| Mangut v. Bush | ) | Case No. 05-CV-1008 (JDB) |
| Hamad v. Bush | ) | Case No. 05-CV-1009 (JDB) |
| Khan v. Bush | ) | Case No. 05-CV-1010 (RJL) |
| Al-Hela v. Bush | ) | Case No. 05-CV-1048 (RMU) |
| Mousovi v. Bush | ) | Case No. 05-CV-1124 (RMC) |
| Khalifh v. Bush | ) | Case No. 05-CV-1189 (JR) |
| Zalita v. Bush | ) | Case No. 05-CV-1220 (RMU) |
| Ahmed v. Bush | ) | Case No. 05-CV-1234 (EGS) |
| Aminullah v. Bush | ) | Case No. 05-CV-1237 (ESH) |
| Ghalib v. Bush | ) | Case No. 05-CV-1238 (CKK) |
| Bukhari v. Bush | ) | Case No. 05-CV-1241 (RMC) |
| Pirzai v. Bush | ) | Case No. 05-CV-1242 (RCL) |
| Peerzai v. Bush | ) | Case No. 05-CV-1243 (RCL) |

Mohammadi v. Bush          )          Case No. 05-CV-1246 (RWR)

Al Ginco v. Bush          )          Case No. 05-CV-1310 (RJL)

Ullah v. Bush          )          Case No. 05-CV-1311 (RCL)

Mohammed v. Bush          )          Case No. 05-CV-1347 (GK)

Saib v. Bush          )          Case No. 05-CV-1353 (RMC)

Hatim v. Bush          )          Case No. 05-CV-1429 (RMU)

Al-Subaiy v. Bush          )          Case No. 05-CV-1453 (RMU)

Dhiab v. Bush          )          Case No. 05-CV-1457 (GK)

Sadkhan v. Bush          )          Case No. 05-CV-1487 (RMC)

Faizullah v. Bush          )          Case No. 05-CV-1489 (RMU)

Faraj v. Bush          )          Case No. 05-CV-1490 (PLF)

Khan v. Bush          )          Case No. 05-CV-1491 (JR)

Ahmad v. Bush          )          Case No. 05-CV-1492 (RCL)

Al Wirghi v. Bush          )          Case No. 05-CV-1497 (RCL)

Kiyemba v. Bush          )          Case No. 05-CV-1509 (RMU)

Idris v. Bush          )          Case No. 05-CV-1555 (JR)

Attash v. Bush          )          Case No. 05-CV-1592 (RCL)

Mamet v. Bush          )          Case No. 05-CV-1602 (ESH)

Rabbani v. Bush          )          Case No. 05-CV-1607 (RMU)

Zahir v. Bush          )          Case No. 05-CV-1623 (RWR)

Ghanem v. Bush          )          Case No. 05-CV-1638 (CKK)

Al-Badah v. Bush          )          Case No. 05-CV-1641 (CKK)

Almerfedi v. Bush          )          Case No. 05-CV-1645 (PLF)

| | | |
|---|---|---|
| Zaid v. Bush | ) | Case No. 05-CV-1646 (JDB) |
| Al-Bahooth v. Bush | ) | Case No. 05-CV-1666 (ESH) |
| Ali Ahmed v. Bush | ) | Case No. 05-CV-1678 (GK) |
| Kabir (Sadar Doe) v. Bush | ) | Case No. 05-CV-1704 (JR) |
| Al-Rubaish v. Bush | ) | Case No. 05-CV-1714 (RWR) |
| Sameur v. Bush | ) | Case No. 05-CV-1806 (CKK) |
| Al-Qahtani v. Bush | ) | Case No. 05-CV-1971 (RMC) |
| Alkhemisi v. Bush | ) | Case No. 05-CV-1983 (RMU) |
| Gamil v. Bush | ) | Case No. 05-CV-2010 (JR) |
| Al-Shabany v. Bush | ) | Case No. 05-CV-2029 (JDB) |
| Othman v. Bush | ) | Case No. 05-CV-2088 (RWR) |
| Al-Mudafari v. Bush | ) | Case No. 05-CV-2185 (JR) |
| Al-Mithali v. Bush | ) | Case No. 05-CV-2186 (ESH) |
| Alhag v. Bush | ) | Case No. 05-CV-2199 (HHK) |
| Nakheelan v. Bush | ) | Case No. 05-CV-2201 (ESH) |
| Al Subaie v. Bush | ) | Case No. 05-CV-2216 (RCL) |
| Ghazy v. Bush | ) | Case No. 05-CV-2223 (RJL) |
| Al-Shimrani v. Bush | ) | Case No. 05-CV-2249 (RMC) |
| Al Sharbi v. Bush | ) | Case No. 05-CV-2348 (EGS) |
| Zadran v. Bush | ) | Case No. 05-CV-2367 (RWR) |
| Alsaaei v. Bush | ) | Case No. 05-CV-2369 (RWR) |
| Razakah v. Bush | ) | Case No. 05-CV-2370 (EGS) |
| Al Darbi v. Bush | ) | Case No. 05-CV-2371 (RCL) |

| | | |
|---|---|---|
| Al-Ghizzawi v. Bush | ) | Case No. 05-CV-2378 (JDB) |
| Awad v. Bush | ) | Case No. 05-CV-2379 (JR) |
| Al-Baidany v. Bush | ) | Case No. 05-CV-2380 (CKK) |
| Al Rammi v. Bush | ) | Case No. 05-CV-2381 (JDB) |
| Said v. Bush | ) | Case No. 05-CV-2384 (RWR) |
| Al Halmandy v. Bush | ) | Case No. 05-CV-2385 (RMU) |
| Thabid v. Bush | ) | Case No. 05-CV-2398 (ESH) |
| Rimi v. Bush | ) | Case No. 05-CV-2427 (RJL) |
| Al Salami v. Bush | ) | Case No. 05-CV-2452 (PLF) |
| Al Shareef v. Bush | ) | Case No. 05-CV-2458 (RWR) |
| Khan v. Bush | ) | Case No. 05-CV-2466 (RCL) |
| Hussein v. Bush | ) | Case No. 05-CV-2467 (PLF) |
| Al-Delebany v. Bush | ) | Case No. 05-CV-2477 (RMU) |
| Al-Harbi v. Bush | ) | Case No. 05-CV-2479 (HHK) |
| Feghoul v. Bush | ) | Case No. 06-CV-0618 (RWR) |
| Rumi v. Bush | ) | Case No. 06-CV-0619 (RJL) |

## RESPONDENTS' RESPONSE TO COURT'S AUGUST 7, 2006 ORDER

Respondents hereby respond to the August 7, 2006 Order of Calendar and Case Management Committee of the United States District Court for the District of Columbia, directing respondents to identify any petitioner subject to respondents' July 7, 2006 Motion For Procedures Related To Review Of Certain Detainee Materials who respondents believe in good faith had not communicated with counsel prior to June 18, 2006.  Attached as Exhibit 1[1] is a table indicating whether each petitioner in the above-captioned cases in which respondents' July 7, 2006 motion is pending had materials impounded,[2] and, if so, whether such petitioners would have had potentially privileged communications with counsel through legal mail channels or in-person meetings prior to the impoundment of materials.[3]

While the Court's August 7, 2006 Order called for this information in only 87 cases, typically in which a response to respondents' July 7, 2006 motion was filed, respondents, for the

---

[1] Respondents can provide the Exhibit 1 table to the Court in Microsoft Word format, should the Court desire it.

[2] The representation whether a petitioner had materials impounded is based upon a prior inventory of the bags of materials pertaining to detainees from whom materials were seized (though not the contents of the bags), as previously described to Magistrate Judge Kay and the Court.  See Respondents' July 28, 2006 Reply Memorandum in Support of July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials at 5 n.3.

[3] Respondents' belief with respect to possible communications between counsel and petitioners is based upon respondents' records for arranging counsel visits to Guantanamo and concerning entry of the Amended Protective Order, which, upon compliance with its terms, would permit counsel to engage in privileged communications with petitioners.  In certain cases, indicated by asterisks on Exhibit 1, any attorney-client communications would have occurred only in connection with privileged communication channels made available through a duplicate case filed on behalf of a petitioner.  For example, the presence of an asterisk may indicate that the Amended Protective Order was not entered in petitioner's case, but the petitioner may nonetheless have had potential communications with counsel in a duplicate case in which the Amended Protective Order was entered and complied with.

- 1 -

Court's convenience, are providing the information with respect to all cases in which respondents' motion remains pending. Exhibit 1 contains the information pertaining to the 130 above-captioned cases, while similar information pertaining to 8 cases pending before Judge Walton was provided to him separately, pursuant to a briefing scheduled established in those cases.[4] See, e.g., Almurbati v. Bush, 04-CV-1227 (RBW) (dkt. no. 159).


Dated: August 15, 2006                    Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          DOUGLAS N. LETTER
                                          Terrorism Litigation Counsel

                                            /s/ Andrew I. Warden
                                          JOSEPH H. HUNT (D.C. Bar No. 431134)
                                          VINCENT M. GARVEY (D.C. Bar No. 127191)
                                          TERRY M. HENRY
                                          JAMES J. SCHWARTZ
                                          PREEYA M. NORONHA
                                          ROBERT J. KATERBERG
                                          NICHOLAS J. PATTERSON
                                          ANDREW I. WARDEN (IN Bar No. 23840-49)
                                          EDWARD H. WHITE
                                          MARC A. PEREZ
                                          Attorneys
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., N.W.  Room 7144
                                          Washington, DC  20530
                                          Tel:  (202) 514-4107

---

[4] Respondents' July 7, 2006 motion was filed in 183 cases and was subsequently withdrawn (or mooted by dismissal of the case) in 45 cases; thus, the motion remains pending in 138 cases. The motion was withdrawn in cases in which none of the petitioners had materials impounded; in which none of the petitioners would have had attorney-client materials, as indicated to respondents by the petitioners' counsel; or in which respondents were unable to identify any petitioners as detainees currently detained at Guantanamo Bay.

Fax:  (202) 616-8470

Attorneys for Respondents