**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
AKHTAR MOHAMMAD,                    )
                                    )
            Petitioner,             )
                                    )    Civ. No. 05-1002 (EGS)
        v.                          )
                                    )
GEORGE BUSH, *et al.*,              )
                                    )
            Respondents.            )
_____       )

**O R D E R**

On August 31, 2006, respondents filed a Notice of Transfer indicating that petitioner Akhtar Mohammad (ISN 845) has been released from the custody of the United States and transferred to Afghanistan.  Accordingly, it is hereby

**ORDERED** that the petitioner shall show cause in writing, on or before September 28, 2006, why the petition for habeas corpus in this case should not be dismissed.

**SO ORDERED.**


**Signed:    Emmet G. Sullivan**
**           United States District Judge**
**           September 1, 2006**