UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
AKHTAR MOHAMMED,               )
                               )
            Petitioner,        )
                               )    Civ. No. 05-1002 (EGS)
      v.                       )
                               )
GEORGE BUSH, et al.,           )
                               )
            Respondents.       )
_____)
```

### ORDER

Pending before the Court is respondents' Motion to Dismiss. Petitioner filed his pro se habeas petition on May 18, 2005. No further filings were ever received by petitioner. On August 31, 2006, respondents filed their Notice of Transfer of Petitioner in which they indicated that petitioner Ahktar Mohammed had been transferred to the control of the Government of Afghanistan. On September 1, 2006, the Court issued an Order directing the petitioner to show cause in writing before September 28, 2006 why the habeas petition should not be dismissed in light of the government's representation that petitioner was released. Petitioner has never responded to this Order. On April 19, 2007, in their motion to dismiss, respondents again indicated that petitioner is no longer detained at Guantanamo. *See* Attachment B to Respondents' Mot. to Dismiss.

The Court has no reason to doubt respondents' representations that petitioner has been transferred out of

Guantanamo Bay to the custody of the Government of Afghanistan, and the Court has no current address for petitioner. As the Court has received no communication from petitioner in the year since respondents informed the Court that petitioner has been transferred and has no means of contacting petitioner, it is by the Court hereby

**ORDERED** that respondents' Motion to Dismiss [Dkt. No. 16] is **GRANTED**; and it is

**FURTHER ORDERED** that petitioner's case is **DISMISSED AS MOOT** in light of his apparent release from Guantanamo. The dismissal is without prejudice to reopening the case upon petitioner's filing of a motion for reconsideration based on a showing of good cause why the case is not moot.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**August 17, 2007**